UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDMUNDO RODRIGUEZ-Batista<br><br>Defendant. | CASE NO.: '16 MJ8124<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, U.S.C. §2252(a)(2) – Receipt of Images of Minors Engaged in Sexually Explicit Conduct;<br>18 U.S.C. § 2252(a)(4)(B) – Possession of Images of Minors Engaged in Sexually Explicit Conduct |

The undersigned Complainant, being duly sworn, states:

Count One

On a date unknown up through on or about June 30, 2015, within the Southern District of California, defendant EDMUNDO RODRIGUEZ-Batista did knowingly receive visual depictions, that is digital and computer images, using any means or facility of interstate and foreign commerce and that has been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

## Count Two

On or about June 30, 2015, within the Southern District of California, defendant EDMUNDO RODRIGUEZ-Batista, did knowingly possess one or more matters, that is, computer hard drive(s) and computer media containing digital and computer images that had been mailed, shipped and transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2252(a)(4)(B).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Klarisa C. Zaffark, Special Agent
Homeland Security Investigations
U.S. Immigration and Customs Enforcement

Sworn to me and subscribed in my presence this 10th day of February 2016.

THE HONORABLE PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

I am a Special Agent (SA) with U.S. Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI), and have been so employed since 2010. I am currently assigned to the Cyber Crimes group, Office of the Special Agent in Charge (ASAC), Calexico, CA. I am a member of the San Diego Internet Crimes Against Children task force where I primarily investigate crimes concerning child exploitation, the sexual enticement of children, and the receipt, possession, production, advertisement, and transmission of child pornography. This complaint is based on my own investigation as well as information received from fellow HSI agents and other law enforcement officers.

On March 24, 2015, the IP address 76.92.93.151 was observed possessing a file believed to be child pornography. On a later date, I obtained a copy of the file and determined it to be a video that indeed depicted child pornography. The following is a description of the video file:

HASH: sha1: 7E67WWMXAGYWKEINCNTR2EERQHUNCKDS

Length: Three (3) minute, twenty three (23) seconds

This video begins by depicting a pre-pubescent female, approximately eight (8) to ten (10) years of age, undressing until fully nude. The pre-pubescent female then lays naked on a couch and is approached by a nude adult male. The girl then begins oral copulation on the adult male. While on the couch, the girl then positions herself into a kneeling position and the adult male kneels behind her and engages in sexual intercourse with the girl. Due to the angle of the camera, it is unknown if the intercourse is vaginal or anal. The video concludes with the adult male ejaculating onto the girl's back.

3

On or about May 7, 2015, SA Addy Robinson was conducting undercover investigations into the sharing of child pornography files on the Ares Peer-to-Peer ("P2P") file sharing network, and identified computers with IP addresses 76.92.93.51 and 98.145.30.3 as potential download candidates for numerous suspected child pornography files. SA Robinson conducted an open internet source query of IP addresses 76.92.93.51 and 98.145.30.3, and determined the Internet Service Provider for both was Time Warner Cable. SA Robinson sent a Customs summons to Time Warner Cable for subscriber information related to the IP addresses 76.92.93.51 and 98.145.30.3 during the dates and times child pornography files were observed. According to Time Warner Cable, the IP addresses were both registered to the residence of 2072 Country Club Dr. Apt. 6, Holtville, California.

A federal search warrant was obtained and executed on the residence at 2072 Country Club Dr., Apt. 6, Holtville, CA on June 30, 2015. Interviews of the two residents were conducted. EDMUNDO RODRIGUEZ-Batista was advised of his Miranda Rights by the affiant and SA Alexandra Walker. RODRIGUEZ admitted to using the Ares P2P program to download and receive child pornography. RODRIGUEZ stated that he used search terms such as "PTHC; STICKAM; UNDERAGE GIRLS." RODRIGUEZ stated he mostly used "PTHC" and mostly downloaded videos of young girls from the ages of eight (8) to seventeen (17) years of age. RODRIGUEZ stated he would view the child pornography, because he was curious and "just because." RODRIGUEZ's wife, Perla Vega, was also interviewed. She denied any knowledge of child pornography and the downloading of such materials.

During the search warrant, three (3) laptops, one (1) tablet, one (1) hard drive, one (1) digital camera, one (1) iPod, two (2) SanDisk cards, four (4) thumb

4

drives and three (3) cell phones were seized from the residence. The devices were submitted to the HSI San Diego Computer Forensics Group for forensic processing.

The following items seized from RODRIGUEZ's residence revealed positive results for child pornography: One (1) SanDisk 2GB Memory Stick Pro Duo (Blue), one (1) SanDisk 4GB Memory Micro SD Card, one (1) HP Pavilion DV2500 Laptop Serial Number: 2CE8460996 and one (1) Western Digital 500GB Hard Drive Serial Number: WCAS8415532. These four (4) items were all discovered in the shared bedroom of RODRIGUEZ and Vega (Room E).

**(1) SanDisk 2GB Memory Stick Pro Duo (Blue)**

The SanDisk 2GB Memory Stick Pro Duo was discovered inside a Red Sony Cyber-shot Digital camera. Computer Forensics Agent (CFA) Brian Trammell discovered three (3) images of RODRIGUEZ in the USER ATTRIBUTION DATA section of the report. The images of RODRIGUEZ identified him as having dominion control over the memory stick.

CFA Trammell discovered approximately eight (8) suspect videos found in the unallocated space. CFA Trammell extracted all eight (8) suspect videos for review. I reviewed the extracted files and determined that one (1) video depicted child pornography. The following is a description of the one (1) video discovered on the SanDisk 2GB Memory Stick's unallocated space:

The video begins depicting a prepubescent female, approximately eight (8) to ten (10) years of age, fully nude with her legs spread open while sitting on a couch. At approximately twenty one (21) seconds into the video, the girl is seen standing up and walking towards the camera and begins to dance while showing a close-up of her vagina. An adult nude male is observed entering the video and sits on the couch. The adult male then begins to rub lubricant on his erect penis. The girl then turns away from the camera and sits on the adult males lap while he begins to lubricate her anus. The adult male then attempts to begin anal intercourse

5

with girl while rubbing her vaginal area. After a few seconds, the girl is seen moving off of the adult male and the adult male walks away from the couch and both are out of camera view. At approximately two minutes and twenty seven (2:27) seconds, the camera begins to move towards the left and is placed facing the armrest of the couch. The girl then reenters into the video and positions herself into a kneeling position over the armrest of the couch. The male is observed kneeling behind the girl and attempts to penetrate her. The adult male then grabs the camera and positions it to focus on his penis and the girls' buttocks. The adult male then begins to anally penetrate the girl.

**(2) SanDisk 4GB Memory Micro SD Card**

CFA Trammell discovered approximately twenty five thousand, five hundred and sixty four (25,564) suspect images and twenty four (24) suspect videos found in the unallocated space. CFA Trammell extracted a sample of two hundred and fifteen (215) images and twenty four (24) videos for review. I reviewed the extracted files and determined the images contained one hundred and fifty (150) of child erotica, four (4) age difficult and thirty eight (38) images, voyeuristic in nature. The additional twenty three (23) images contained prepubescent girls with no sexually suggestive poses, to include family photos. I reviewed the extracted files and determined the images contained two (2) videos of child pornography. The following is a description of one of the videos identified as child pornography on the SanDisk 4GB Memory Micro SD Card:

A video was discovered approximately nine minutes and seventeen (9:17) seconds long. The video begins depicting a prepubescent female approximately eight (8) to ten (10) years of age, laying on the floor, wearing a bathing suit, of what appears to be a staged photoshoot area. The girl begins to speak to the camera, but due to the inaudibility of the video, it is unknown the exact words, or language spoken by the girl. The area is staged with a pictured beach backdrop and

blankets placed on the floor. The video begins to cut to different scenes of the girl in sexually explicit positions, to include the girl biting into a banana. The video cuts to the female, fully nude and masturbating while licking a lollipop. At approximately four minutes and twenty seven (4:27), the video cuts to the girl undressing an adult male out of his underwear. The girl appears to be taking instructions as she looks towards the camera for guidance. The adult male then lies on the floor and the girl begins to perform oral copulation. The girl then sits on top of the adult male and begins vaginal penetration. The girl is then observed kneeling on the floor and is penetrated by the adult male. Due to the angle of the video, it is unclear if the penetration was vaginal or anal.

### (3) HP Pavilion DV2500 Laptop Serial Number2CE8460996

The HP Pavilion Laptop's Operating System was identified Windows 7 Professional. The computer name was listed as "EDMUNDO-PC." Folder paths for suspect images and videos indicated RODRIGUEZ had dominion and control over the laptop. Additionally, CFA Trammell discovered an ITunes back-up of an IPhone, which contained suspect files. The assigned phone number for the ITunes back-up corresponds to the phone number provided by RODRIGUEZ as his personal cellphone. CFA Trammell discovered approximately one thousand and fifty six (1,056) suspect images and one hundred thirty five (135) suspect video files, which appeared to be suspected minors engaged in sexually explicit conduct. CFA Trammell extracted a sample of one hundred and three (103) suspect images and eleven (11) suspect video files for review. I reviewed the extracted image files and discovered sixty four (64) images of child erotica and thirty nine (39) images voyeuristic in nature. I reviewed the extracted video files and determined all eleven (11) of the video files were child pornography to include one (1) child pornography video depicting bestiality. The following is a description of the identified child pornography video, depicting bestiality, discovered on the HP Pavilion Laptop:

The video was discovered with the title "ptsc – (webcam) -11 yo-girly.avi". The video is approximately thirty four minutes and one (34:01) second long. The video begins depicting a prepubescent female, approximately ten (10) to twelve (12) years of age fully clothed. The video appears to be possibly filmed by a webcam. The video is displaying a profile of the young girl's face as she looks in another direction and is casted by a light, suggestive of the young girl facing a computer screen. The young girl is observed standing and raising her skirt, exposing her vaginal area to the webcam, while facing the computer screen. Throughout the video, the young female appears to be taking direction from the computer screen. At approximately two minutes and fifty nine (2:59) seconds, the young female is observed repositioning the camera. The young female is observed sitting on a chair, exposing her vaginal area and begins masturbating in front of the camera. At approximately nine minutes and fifty four (9:54) seconds, the young female is observed repositioning the camera to face a bed with corner bed poles. The young female begins to dance on the bed, and begins to rub her vagina on the bed pole. At approximately twenty three minutes and zero (23:00) seconds, the young female repositions the camera to show a bed. The young female is observed placing a white dog on the bed and positions the dog's head onto her vagina. The dog appears to be licking the young female's vaginal area for several minutes throughout the end of the video. The young female repositions her body and dog several times over the course of the video. Throughout the video the young female appears to be receiving instructions from an unknown individual via the internet. At approximately thirty two minutes and fifty seven (32:57) seconds a split screen of the young female and close-up of a chat room conversation appears.

**(4) Western Digital 500GB Hard Drive Serial Number: WCAS8415532**

The Western Digital 500GB hard drive's Operating System was identified as Windows Vista Home Premium. The registered owner's name was listed as

"edmundo." Folder paths for suspect images and videos indicated RODRIGUEZ had dominion and control over the hard drive. CFA Trammell discovered approximately one thousand six hundred and seventy four (1,674) suspect images and one hundred twenty four (124) suspect video files, which appeared to be suspected minors engaged in sexually explicit conduct. CFA Trammell extracted a sample of one hundred and five (105) suspect images and eleven (11) suspect video files for review. I reviewed the extracted files and determined four (4) of the images depicted child pornography and thirty eight (38) images depicted child erotica. I reviewed the extracted video files and determined all eleven (11) of the video files were child pornography. The following is a description of one of the videos identified as child pornography on the hard drive:

A video was discovered with the title "(Pthc) 2011 NEW MyAngel_pw.avi". The video is approximately fifty one (0:51) seconds long. The video consists of various video clips depicting a prepubescent female, approximately nine (9) to eleven (11) years of age. The video begins depicting the young female, fully nude, while being digitally vaginally penetrated by an adult male. The adult male is also fully nude, exposing his erect penis and is lying by the young females side. The minor female can be seen fidgeting and squirming while the adult male digitally penetrates her. At approximately nine (0:09) seconds, the video cuts to an adult male, fully nude, orally copulating a young females anus. The prepubescent female appears to be approximately five (5) to seven (7) years of age. The adult male then begins to vaginally or anally penetrate the minor female. The young female is positioned on her knees while laying her head on a bed. The minor female is observed in the video with her eyes closed and appears to be intermittently unconscious. At approximately forty seven (0:47) seconds, the video cuts to the five (5) to seven (7) years of age prepubescent females face and immediately shifts to display an adult male, exposing his erect penis while ejaculating.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, the arrest warrant, this complaint and all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this arrest warrant, probable cause statement and related documents may cause the defendant to flee, may cause destruction of evidence and may have a negative impact on this continuing investigation.

_____
Klarisa C. Zaffark, Special Agent
Homeland Security Investigations
U.S. Immigration and Customs Enforcement