FILED
Mar 15 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ erikaf   DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDMUNDO RODRIGUEZ-Batista<br><br>Defendant. | Case No. '16 CR0494 DMS<br><br>INFORMATION<br><br>Title 18, U.S.C., §2252(a)(2) – Receipt of Images of Minors Engaged in Sexually Explicit Conduct |

The United States Attorney charges:

Count 1

On or about March 26, 2015, within the Southern District of California, defendant **EDMUNDO RODRIGUEZ-Batista** did knowingly receive visual depictions, that is digital and computer images, to wit: "pthc video p - nina 8 anos peruana [madre corrupta]392.mpg," using any means or facility of interstate and foreign commerce and that has been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

Dated: 3/15/16

LAURA E. DUFFY
United States Attorney

JANET A. CABRAL
Assistant U.S. Attorney