PROB 12B  
(08/16)

December 3, 2021  
pacts id: 1980003

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Edmundo Rodriguez-Batista (English)     **Dkt No.:** 16CR00494-001-DMS

**Name of Sentencing Judicial Officer:** The Honorable Dana M. Sabraw, Chief U.S. District Judge

**Sentence:** 60 months' custody; 10 years' supervised release.  *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** November 2, 2016

**Date Supervised Release Commenced:** July 19, 2021

**Prior Violation History:** Yes.  Please refer to prior court correspondence.

---

### PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

**REMIT the following special condition:**

Not use or possess devices which can communicate data via modem or dedicated connection and may not have access to the Internet without prior approval from the court or the probation officer. The offender shall consent to the installation of systems that will enable the probation officer to monitor computer use on any computer owned or controlled by the offender. The offender shall pay for the cost of installation of the computer software.

**ADD the following special conditions:**

Not use or possess any computer, computer-related devices (pursuant to 18 U.S.C. § 1030(e)(1)), which can communicate data via modem, dedicated connections or cellular networks, and their peripheral equipment, without prior approval by the court or probation officer, all of which are subject to search and seizure. The offender must consent to installation of monitoring software and/or hardware on any computer or computer-related devices owned or controlled by the offender that will enable the probation officer to monitor all computer use and cellular data. The offender must pay for the cost of installation of the computer software.

Participate in a program of drug or alcohol abuse treatment, including drug testing and counseling, as directed by the probation officer.  Allow for reciprocal release of information between the probation officer and the treatment provider.  May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay.

PROB12B

| | |
|---|---|
| Name of Offender: Edmundo Rodriguez-Batista | December 3, 2021 |
| Docket No.: 16CR00494-001-DMS | Page 2 |

## CAUSE

Mr. Rodriguez-Batista is currently under supervised release for a violation of 18 U.S.C. § 2252(a)(2), Possession of Images of Minors engaged in Sexually Explicit Conduct, for which he is subject to several sex offender-specific conditions of release. As reported in the previous correspondence to the Court (dated November 16, 2021), Mr. Rodriguez-Batista admitted to using marijuana on November 10, 12, and 13, 2021. The noncompliance was subsequently addressed with Mr. Rodriguez-Batista, and he vowed to refrain from further drug use. The Court was informed Mr. Rodriguez-Batista was participating in random drug testing and weekly sex offender treatment. The undersigned recommended the no formal Court action in the mater; the Court concurred with the recommendation and ordered no action be taken.

On November 30, 2021, Mr. Rodriguez-Batista contacted the undersigned and admitted to using marijuana again. Specifically, he reported that on November 27, 2021, he smoked a "joint" of marijuana. When asked about the circumstances surrounding his relapse, he indicated he smoked the drug to deal with his frustrations concerning his supervised release restrictions. Mr. Rodriguez-Batista submitted a urine sample on November 29, 2021; the sample is expected to screen positive for cannabinoids (marijuana).

In order to assist Mr. Rodriguez-Batista develop more prosocial coping mechanisms, the undersigned referred him to outpatient drug treatment (Self-Management and Recovery Training program) and proposed that his conditions of supervision be modified to include participation in a drug treatment program. Mr. Rodriguez-Batista agreed to participate in drug treatment and to the modification of his conditions. He is scheduled to start participating in the drug treatment program on December 2, 2021.

Additionally, during a review of Mr. Rodriguez-Batista's conditions of supervision, it was noted that an outdated version of the computer monitoring condition was ordered in his case. Subsequent to his sentencing, several sex offender-specific conditions of supervision were updated, including the computer monitoring condition. Mr. Rodriguez-Batista was informed that the undersigned would seek to modify his conditions to include the newest version of the computer monitoring condition, which defined computer-related devices and allowed for the monitoring of devices that use a cellular communication network. This change will allow probation to effectively monitor his computer use and cellular data. Mr. Rodriguez-Batista agreed to the proposed modification of his conditions, to include the updated computer monitoring condition, as well as the drug treatment condition. He then signed a Waiver of Hearing form, which is attached for the Court's review.

PROB12B

Name of Offender: Edmundo Rodriguez-Batista										December 3, 2021
Docket No.: 16CR00494-001-DMS												Page 3

Therefore, it is respectfully recommended the conditions of Mr. Rodriguez-Batista's supervised release be modified, as specified above. Mr. Rodriguez-Batista will continue to be monitored, and should any additional noncompliance occur, the Court will be promptly notified.

Respectfully submitted:                               Reviewed and approved:

by  _____                    _____
    Lorena Gonzalez                                   Tisha Garcia
    Senior U.S. Probation Officer                     Supervisory U.S. Probation Officer
    (760) 339-4215

Attachments: _____

**THE COURT ORDERS:**

  X    THE MODIFICATION OF CONDITIONS AS NOTED ABOVE.

  ___  OTHER _____

_____                        12/6/2021
The Honorable Dana M. Sabraw                          Date
Chief U.S. District Judge