PROB 12B  
(08/16)

August 17, 2022  
pacts id: 1980003

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Edmundo Rodriguez-Batista (English)     **Dkt. No.:** 16CR00494-001-DMS

**Name of Sentencing Judicial Officer:** The Honorable Dana M. Sabraw, Chief U.S. District Judge

**Sentence:** 60 months' custody; 10 years' supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** November 2, 2016

**Date Supervised Release Commenced:** July 19, 2021

**Modification:** On December 6, 2021, conditions were modified to include: the updated computer monitoring condition and participation in a program of drug or alcohol abuse treatment.

**Prior Violation History:** Yes. See prior court correspondence.

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

**ADD:**

Offender must submit to an alcohol monitoring device that measures alcohol content for a period of 60 days. Offender shall pay all or part of the costs for this service as directed by the court and/or the probation officer. Offender must not obstruct or tamper, in any way, with the device.

Abstain from the use of any and all alcohol, and not be present in (or frequent) places where alcohol is the main item of sale.

**CAUSE**

The undersigned received and reviewed California Highway Patrol Report No. 2022 00300, which reflects the following: On July 10, 2022, at approximately 2:04 a.m., a California Highway Patrol officer working in the El Centro area observed a white Chevrolet Silverado traveling northbound on Dogwood Road, south of Worthington Road. The officer observed the vehicle weaving from side to side within its lane, in a serpentine manner. On two occasions, the vehicle drifted to the right and drove over the solid painted white line, in violation of California Vehicle Code § 21650, Failure to Maintain Lane. The officer also noticed that the vehicle intermittently activated its brake lights for no apparent reason. Based on the aforenoted observations, the officer initiated a traffic stop. The vehicle jerked to the right and stopped on the right shoulder of Dogwood Road.

The officer contacted the driver, who was identified as Mr. Rodriguez-Batista. While speaking with Mr. Rodriguez-Batista, the officer detected the odor of an alcoholic beverage emanating from within the vehicle. The officer noted Mr. Rodriguez-Batista's eyes were watery, and his speech was slurred. When asked how much alcohol he had consumed, Mr. Rodriguez-Batista denied consuming alcohol and said he was the designated driver. The officer asked Mr. Rodriguez-Batista to exit the vehicle. While speaking with Mr. Rodriguez-Batista, the officer detected the odor of alcohol emanating from Rodriguez-Batista's breath and noticed his eyes were watery. When asked if he was on probation or parole, Mr. Rodriguez-Batista informed the officer he was on federal probation for child pornography. The officer again asked Mr. Rodriguez-Batista how many alcoholic beverages he had consumed. Mr. Rodriguez-Batista again denied consuming any alcohol. The officer then administered a series of field sobriety tests, which Mr. Rodriguez-Batista failed to perform, as demonstrated.

Based on Mr. Rodriguez-Batista's erratic driving, his objective symptoms of intoxication, and his performance on the field sobriety tests, the officer determined he was under the influence of alcohol. The officer subsequently arrested Mr. Rodriguez-Batista for a violation of California Vehicle Code (CVC) § 23152(a), Driving Under the Influence of Alcohol. When informed of the requirements of CVC § 23612, Implied Consent, Mr. Rodriguez-Batista declined to submit to an alcohol test. He said he knew his rights and stated "Why did you pulled [sic] me over? I know my rights man, I've been in the joint, I know my rights." At about 2:19 a.m., additional officers arrived on scene and again informed Mr. Rodriguez-Batista of CVC § 23612, Implied Consent. Mr. Rodriguez-Batista subsequently chose to submit to a chemical breath test. An officer obtained two breath samples from Mr. Rodriguez-Batista, which yielded a blood alcohol content of .16% both times. Mr. Rodriguez-Batista was subsequently cited for violations of CVC 23152(a) Driving Under the Influence of Alcohol, and 23152(b), Driving with a Blood Alcohol Content of .08% or More, misdemeanors. He was then released to his mother.

Mr. Rodriguez-Batista promptly reported the arrest to the undersigned, as required. On August 1, 2022, when initially questioned by the undersigned about the incident, Mr. Rodriguez-Batista admitted that prior to driving on the night in question, he went to a bar and consumed approximately five alcoholic beverages within a two-and-a-half-hour time period. On August 5, 2022, the undersigned met with Mr. Rodriguez-Batista to formally discuss the incident. Mr. Rodriguez-Batista indicated he made the decision to drive after consuming alcohol, and he expressed regret over his conduct. After discussing the issue, the undersigned proposed the following supervision/treatment plan: 1) Mr. Rodriguez-Batista would abstain from the use of alcohol and not frequent places where it is the main item of sale; 2) he would participate in the alcohol monitoring program for 60 days, and 3) he would continue to participate in Smart Recovery, an outpatient drug treatment program. Mr. Rodriguez-Batista subsequently agreed to the proposed plan to the modification of his conditions to include alcohol abstention and alcohol monitoring for sixty days. He then signed a Wavier of Hearing form, which is attached for the Court's review.

In view of the aforementioned, it is respectfully recommended the conditions of Mr. Rodriguez-Batista's supervised release be modified, as specified above. Should any further noncompliance occur, the Court will be promptly notified.

Respectfully submitted:                                    Reviewed and approved:

by _____                         _____
Lorena Gonzalez                                            Larry Huerta
Senior U.S. Probation Officer                              Supervisory U.S. Probation Officer
(760) 339-4215

Attachments:

**THE COURT ORDERS:**

  X    THE MODIFICATION OF CONDITIONS AS NOTED ABOVE.

  ___  OTHER _____

_____                            8/18/2022
The Honorable Dana M. Sabraw                               Date
Chief U.S. District Judge